Matthew B. Hayhurst
Tyler M. Stockton
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Fax: (406) 549-6804
mhayhurst@boonekarlberg.com
tstockton@boonekarlberg.com
*Attorneys for Defendant Jon Rauchway*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; JOHN DOES 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS HARBOR CAPITAL PARTNERS, LLC; CH SP ACQUISITION LLC, d/b/a SPANISH PEAKS MOUNTAIN CLUB; YELLOWSTONE MOUNTAIN CLUB LLC; LONE MOUNTAIN LAND COMPANY; MATT KIDD; MIKE DUCUENNOIS; RICH CHANDLER; RON EDWARDS; JON RAUCHWAY,<br><br>Defendants. | CV-25-33-TJC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JON RAUCHWAY TO APPEAR** |

Defendant Jon Rauchway ("Rauchway") respectfully moves the Court for an extension of time, up to May 30, 2025, to answer or otherwise respond, without

waiver of any defenses, to Plaintiffs' Complaint for Declaratory Relief (Doc. 1). Good cause exists for this motion, as counsel for Rauchway are scheduled to begin a two-week trial in United States District Court on April 28, 2025. Plaintiffs have been contacted and do not oppose the motion. Pursuant to L.R. 7.1(c)(3), a proposed order is submitted with this motion.

DATED: April 17, 2025

BOONE KARLBERG P.C.

*/s/ Tyler M. Stockton*
Matthew B. Hayhurst
Tyler M. Stockton
*Attorneys for Defendant Jon Rauchway*